February 12, 2019

1 of 2

Office of the Clerk
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, CO 80257

Re: Case No. 18-1141
    Hale v. Federal Bureau of Prisons, et al.

Dear Sir or Madam,

    Due to substantial delays of my outgoing legal mail which I am dealing with at this time, I am obliged to inform the Court at this juncture that I most certainly <u>will</u> be filing a <u>Petition for Panel Rehearing and for Rehearing En Banc</u> in this case and that said petition <u>will</u> be mailed by me to the Court prior to the February 21, 2019 deadline. Thus my petition will be timely filed pursuant to the prison mailbox rule — see <u>Houston v. Lack</u>, 487 U.S. 266, 273-276 (1988) — though I obviously have no control over when it will actually reach the Court.

    I ask that you make this letter part of

the record of the case accordingly. Thank you.

Very Truly Yours,

Rev. Matt Hale, J.D.
Plaintiff - Appellant

Rev. Matt Hale
#15177-424
U.S.P. - Max.
P.O. Box 8500
Florence, CO 81226


cc: Susan Prose, Attorney for Defendants-Appellees

Sent 2/13/19

Special Mail

Office of the Clerk
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, CO 80257

Name: Rev. Matt Hale
Reg. No.: 15177-424
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Mailed 2-13

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 6000
FLORENCE, COLORADO 81226

DATE: 8/14/16

RECEIVED

The enclosed letter was received for forwarding to you. The writer has neither signed nor been approved as a person with whom special mail raises a question of jurisdiction. You may seek information or clarification by forwarding to another

Special Mail