# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 11, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: Matthew Hale
v. Federal Bureau of Prisons, et al.
No. 18-9629
(Your No. 18-1141)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 14, 2019 and placed on the docket June 11, 2019 as No. 18-9629.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst